UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IRENE DIONNE

vs. CA 07-374ML

BANK OF AMERICA

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
October 12 , 2007

Entered as an Order of this Court on October 12 , 2007.

Deputy Clerk