# WAIVER OF SERVICE OF SUMMONS

TO: Stephen T. Fanning, Esq.
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Bank of America & Bank of America Corporation, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Irene Dionne V. Bank of America & Bank of America Corp.,
(CAPTION OF ACTION)

which is case number 07 374 ML in the United States District Court
(DOCKET NUMBER)

for the United States District of Rhode Island.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 11/5/07 (DATE REQUEST WAS SENT), or within 90 days after that date if the request was sent outside the United States.

11/7/2007 [signature]
(DATE) (SIGNATURE)

Printed/Typed Name: Siobhan M. Sweeney, Esq.

As Attorney of Bank of America & Bank of America Corp.
(TITLE) (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# RULE 4.1

## SERVICE OF PROCESS--DISMISSAL FOR FAILURE TO MAKE SERVICE

(A) ANY SUMMONS NOT RETURNED WITH PROOF THAT IT WAS SERVED WITHIN ONE-HUNDRED TWENTY (120) DAYS OF THE FILING OF THE COMPLAINT IS DEEMED TO BE UNSERVED FOR THE PUPOSE OF FED.R.CIV.P. 4(j).

(B) COUNSEL AND PARTIES APPEARING PRO SE WHO SEEK TO SHOW GOOD CAUSE FOR THE FAILURE TO MAKE SERVICE WITHIN THE 120 DAY PERIOD PRESCRIBED BY FED.R.CIV.P. 4(j) SHALL DO SO BY FILING A MOTION FOR ENLARGEMENT OF TIME UNDER FED.R.CIV.P. 6(b), TOGETHER WITH A SUPPORTING AFFIDAVIT. IF ON THE TENTH DAY FOLLOWING THE EXPIRATION OF THE 120 DAY PERIOD GOOD CAUSE HAS NOT BEEN SHOWN AS PROVIDED HEREIN, THE CLERK SHALL FORTHWITH AUTOMATICALLY ENTER AN ORDER OF DISMISSAL FOR FAILURE TO EFFECT SERVICE OF PROCESS, WITHOUT AWAITING ANY FURTHER ORDER OF THE COURT. THE CLERK SHALL FURNISH A COPY OF THIS LOCAL RULE TO COUNSEL OR PRO SE PLAINTIFFS, TOGETHER WITH THE SUMMONS, AND DELIVERY OF THIS COPY BY THE CLERK WILL CONSTITUTE THE NOTICE REQUIRED BY RULE 4(j) FEDERAL RULES OF CIVIL PROCEDURE. NO FURTHER NOTICE WILL BE GIVEN BY THE COURT.

(C) IN THOSE CASES WHERE THE FEDERAL RULES OF CIVIL PROCEDURE AUTHORIZE SERVICE OF PROCESS TO BE MADE IN ACCORDANCE WITH STATE PRACTICE, IT SHALL BE THE DUTY OF COUNSEL FOR THE PARTY SEEKING SUCH SERVICE TO FURNISH TO THE CLERK OF THE COURT FORMS OF ALL NECESSARY ORDERS AND SUFFICIENT COPIES OF ALL PAPERS TO COMPLY WITH THE REQUIREMENTS OF THE STATE PRACTICE, TOGETHER WITH SPECIFIC INSTRUCTIONS FOR THE MAKING OF SUCH SERVICE, IF SUCH SERVICE IS TO BE MADE BY UNITED STATES MARSHAL.