**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IRENE DIONNE,

Plaintiff,

v.

C.A. No.: 1:07-cv-00374-S-DLM

BANK OF AMERICA &
BANK OF AMERICA CORPORATION

Defendant.

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Bank of America, N.A. (improperly named "Bank of America & Bank of America Corporation" in the Complaint) is 100% owned by NB Holdings Corporation. NB Holdings is a Bank holding company and is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

BANK OF AMERICA, N.A.
By its attorneys,

*/s/ Todd M. Reed*
Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: December 21, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2007 a copy of the foregoing Defendant's Rule 7.1 Disclosure Statement in the above-captioned case has been served by mail, upon the attorney for the Plaintiff at the address listed below:

Stephen T. Fanning, Esquire
The Law Offices of Stephen Thomas Fanning
305 South Main Street
Providence, RI 02903

*/s/ Todd M. Reed*
Todd M. Reed



PRV 926178.1