**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IRENE DIONNE,

Plaintiff,

v. C.A. No.: 1:07-cv-00374-S-DLM

BANK OF AMERICA &
BANK OF AMERICA CORPORATION

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Bank of America, N.A. ("Defendant") hereby moves that Siobhan M. Sweeney be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully submitted,
Bank of America, N.A.

*/s/ Todd M. Reed*
Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: December 21, 2007

**SIOBHAN M. SWEENEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Supreme Court, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had by *pro hac vice* status revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Siobhan M. Sweeney (Mass. B.B.O. # 562118)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02119
(617) 517.5596
(888) 325.9182 (fax)

Dated: December 18, 2007

## CERTIFICATION OF LOCAL COUNSEL

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

*/s/ Todd M. Reed*

Todd M. Reed, Esq. (#6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274.9200
(888) 325.9223 (fax)

---

## ORDER

This motion is hereby ____________________

______________________________
District Judge

Dated:

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21ST day of December, 2007, I sent by electronic mail and first-class mail, postage prepaid, a copy of the foregoing to the following counsel of record:

Stephen T. Fanning, Esquire
Law Office of Stephen T. Fanning
305 South Main Street
Providence, RI 02903

/s/ Todd M. Reed
Todd M. Reed