**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IRENE DIONNE,

Plaintiff,

v. C.A. No.: 1:07-cv-00374-S-DLM

BANK OF AMERICA &
BANK OF AMERICA CORPORATION

Defendant.

**ENTRY OF APPEARANCE**

Please enter my Notice of Appearance as counsel for the defendants in the above-captioned matter.

BANK OF AMERICA, N.A.
By its attorneys,

*/s/ Todd M. Reed*

Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(888) 325.9223 (fax)

Dated: January 4, 2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 4, 2008 a copy of the foregoing Entry of Appearance in the above-captioned case has been served by ECF, and via regular mail, upon the attorney for the Plaintiff at the address listed below:

Stephen T. Fanning, Esquire
The Law Offices of Stephen Thomas Fanning
305 South Main Street
Providence, RI 02903

*/s/ Todd M. Reed*
Todd M. Reed